PD-0776&0777&0778&0779-15

IN THE
COURT of CRIMINAL APPEALS
AUSTIN TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel Acosta, Clerk

REGINALD KEITH PINK
PETITIONER

V.

THE STATE OF TEXAS
RESPONDENT

FILED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel Acosta, Clerk

FROM APPEALS NOS: 05-14, 00877-CR, 05-14-00878-CR,
05-14-00879-CR, 05-14-00880-CR.

FROM TRIAL CAUSE NOS: F-09-55346-T, F-13-60732-T,
F-13-60733-T, F-13-72123-T

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUGDES of THE COURT of CRIMINAL APPEALS:
COMES NOW, REGINALD PINK, PETITIONER, AND Files THIS MOTION FOR
AN EXTENSION of (60) DAYS IN WHICH TO FILE A PETITION for DIS-
CRETIONARY REVIEW. IN SUPPORT of THIS MOTION, PETITIONER SHOWS
THE COURT THE FOLLOWING:

### I.

THE PETITIONER WAS CONVICTED IN THE 283rd DISTRICT COURT
of DALLAS COUNTY, TEXAS of THE offence(s) of Agg Robbery, Robbery,
ASS. PUBLIC SERVENT IN CAUSE NOS. F-09-55346-T, F-13-60732T, F-13-
60733T, F-13-72123-T, STYLED STATE of TEXAS VS. REGINALD KEITH
PINK. THE PETITIONER APPEALED TO THE COURT of APPEALS, 5th
SUPREME JUDICIAL DISTRICT. THE CASE(S) WERE AFFIRMED ON
MAY 26, 2015.

### II.

THE PRESENT DEADLINE FOR FILING THE PETITION for DISCRE-
IONARY REVIEW IS JUNE 25, 2015. THE PETITIONER HAS NOT RE-
REQUESTED ANY EXTENSIONS PRIOR TO THIS REQUEST

pg. 1

## III.

PETITIONERS' REQUEST FOR AN EXTENSION IS BASED UPON THE FOLLOWING FACTS: PETITIONER WAS NOT INFORMED OF THE DECISION OF THE COURT OF APPEALS IN AFFIRMING HIS CASE UNTIL JUNE 2, 2015. SINSE, PETITIONER HAS BEEN ATTEMPTING TO GAIN LEGAL REPRESENTATION IN THIS MATTER. HIS ATTORNEY ON THE APPEAL, MATTHEW KITA HAS _NOT_ INFORMED PETITIONER THAT HE WILL OR WILL NOT REPRESENT HIM ON THE PETITION FOR DISCRETIONARY REVIEW.

WHEREFORE, PETITIONER PRAYS THIS COURT GRANT THIS MOTION AND EXTEND THE DEADLINE FOR FILING THE PETITION FOR DISCRETIONARY REVIEW IN THIS CASE(S) TO AUGUST 24, 2015. (60) DAYS.

PETITIONER, PRO SE
REGINALD PINK 1938997
McCONNELL UNIT
3001 SOUTH EMILY DRIVE
BEEVILLE TX. 78102

## CERTIFICATE of SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING AND INCLUDED DOCUMENTS HAVE BEEN PROPERLY SERVED TO THE PARTIES LISTED BELOW AT THEIR RESPECTIVE ADDRESSES. AS WELL AS DELIVERED TO THIS COURT. THE THE DOCUMENTS WERE PLACED IN THE UNIT MAIL BOX WITH FIRST CLASS PREPAID POSTAGE AFFIXED, ADDRESSED TO THE COURT of CRIMINAL APPEALS C/O CLERK of THE COURT, ABEL ACOSTA AT THE COURT of CRIMINAL APPEALS, P.O. BOX 12308, AUSTIN TEXAS, 78711.

EXECUTED ON THIS DATE, 17 DAY of JUNE 2015
(T.R.A.P. RULE 9.5, F.R.A.P RULE 25 (d).

ALSO SERVED:
STATE PROSECUTING ATTORNEY
P.O. BOX 12405
AUSTIN TX 78711

NOTE: MAILBOX RULE(S)
DEEMED FILED, WARNER v. GLASS 135 S.W. 3d 681, 682 (TX CIR 2004)
DEEMED FILED, SPOTVILLE v. CAIN 149 F.3d 374, 378 (5th CIR 1998)